Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>PRIME PROPERTIES, A GENERAL PARTNERSHIP and SIKANDER S. DHALIWAL, dba BIZZY BEE GAS AND FOOD MART,<br><br>    Defendants. | No. 1:11-CV-00576-LJO-SKO<br><br>STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER |

**WHEREAS**, Plaintiff's counsel will be unavailable from July 6, 2011 through August 3, 2011;

**WHEREAS**, the Mandatory Scheduling Conference is currently set for July 14, 2011 at 9:30 a.m., during Plaintiff's counsel's absence;

**IT IS HEREBY STIPULATED** by and between the Parties hereto, who have appeared, by and through their respective counsel, that the Mandatory Scheduling Conference in this matter be continued to a date convenient to the Court after August 15, 2011.

Dated: June 30, 2011                                   MOORE LAW FIRM, P.C.

                                                                          /s/ Tanya E. Moore
                                                                          Tanya E. Moore
                                                                          Attorneys for Plaintiff
                                                                          Natividad Gutierrez

Dated: June 29, 2011                                             FISHER & PHILLIPS LLP

                                                                 /s/ James Fessenden
                                                                 James Fessenden
                                                                 Attorney for Defendants
                                                                 Sikander S. Dhaliwal dba
                                                                 Bizzy Bee Gas and Food Mart

**ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for July 14, 2011, be continued to September 1, 2011, at 9:45 a.m. in Courtroom 8, before the Honorable Sheila K. Oberto. A joint scheduling report shall be filed no later than seven (7) days prior to the conference.

IT IS SO ORDERED.

Dated:   **June 30, 2011**                            **/s/ Sheila K. Oberto**
                                                     UNITED STATES MAGISTRATE JUDGE

*Gutierrez v. Prime Properties, A General Partnership, et al.*
Stipulation to Continue Mandatory Scheduling Conference