Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile  (408) 298-6046

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PRIME PROPERTIES, A GENERAL PARTNERSHIP, et al.,<br><br>　　　　Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

No.  1:11-cv-00576-LJO-SKO

**NOTICE OF VOLUNTARY DISMISSAL OF PRIME PROPERTIES, a General Partnership <u>ONLY</u>; ORDER**

　　　　WHEREAS, Defendant Prime Properties, a General Partnership ("Defendant"), has not filed an answer or motion for summary judgment;

　　　　WHEREAS, Plaintiff Natividad Gutierrez ("Plaintiff") and Defendant have settled the matter as between themselves;

　　　　WHEREAS, no counterclaim has been filed;

/

/

/

/

/

/

*Gutierrez v. Prime Properties, a General Partnership, et al.*
Notice of Voluntary Dismissal of Prime Properties, a General Partnership, Only
Page 1

1    Plaintiff hereby respectfully requests that <u>only</u> Defendant Prime Properties, a General

2  Partnership, be dismissed with prejudice pursuant to Federal Rules of Civil Procedure

3  41(a)(1)(A)(i).

4  Date: August 25, 2011                        MOORE LAW FIRM, P.C.

5

6                                              <u>/s/ Tanya E. Moore</u>

7                                              Tanya E. Moore
                                               Attorneys for Plaintiff Natividad Gutierrez
8
                                                  **ORDER**
9
   Good cause appearing,
10
       **IT IS HEREBY ORDERED** that <u>only</u> defendant Prime Properties, a General
11
   Partnership, be dismissed with prejudice from this action.  The clerk is directed NOT to close
12
   this action.
13

14

15
   IT IS SO ORDERED.
16
     Dated:  **August 25, 2011**              **/s/ Lawrence J. O'Neill**
17
                                               UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28

*Gutierrez v. Prime Properties, a General Partnership, et al.*
Notice of Voluntary Dismissal of Prime Properties, a General Partnership, Only
Page 2