1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email:  tanya@moorelawfirm.com
5
   Attorneys for Plaintiff
6  Natividad Gutierrez

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| NATIVIDAD GUTIERREZ, | ) No. 1:11-CV-00576-LJO-SKO |
|---|---|
| Plaintiff, | ) **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | ) |
| PRIME PROPERTIES, A GENERAL PARTNERSHIP and SIKANDER S. DHALIWAL, dba BIZZY BEE GAS AND FOOD MART, | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez ("Plaintiff") and Defendants Sikander S. Dhaliwal dba Bizzy Bee Gas and Food Mart ("Defendants"), the remaining parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: December 13, 2011                          MOORE LAW FIRM, P.C.


                                                 /s/Tanya E. Moore
                                                 Tanya E. Moore
///                                              Attorney for Plaintiff Natividad Gutierrez

*Gutierrez v. Prime Properties, et al.*
Stipulation for Dismissal

Page 1

1 | Date: December 13, 2011                              FISHER & PHILIPPS LLP

/s/ James Fessenden
James Fessenden
Attorney for Defendants
Sikander S. Dhaliwal dba Bizzy Bee Gas and Food Mart

## **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **December 13, 2011**                    **/s/ Lawrence J. O'Neill**
                                                              UNITED STATES DISTRICT JUDGE

*Gutierrez v. Prime Properties, et al.*
Stipulation for Dismissal