1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email:  tanya@moorelawfirm.com
5
   Attorneys for Plaintiff
6  Natividad Gutierrez

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

11 

| NATIVIDAD GUTIERREZ, | ) No.  1:11-CV-00576-LJO-SKO |
|---|---|
| Plaintiff, | ) **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | ) |
| PRIME PROPERTIES, A GENERAL PARTNERSHIP and SIKANDER S. DHALIWAL, dba BIZZY BEE GAS AND FOOD MART, | ) |
| Defendants. | ) |

20    IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez

21 ("Plaintiff") and Defendants Sikander S. Dhaliwal dba Bizzy Bee Gas and Food Mart

22 ("Defendants"), the remaining parties to this action, by and through their respective counsel,

23 that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be

24 dismissed with prejudice in its entirety.

25 Date: December 13, 2011                          MOORE LAW FIRM, P.C.

26

27                                                 /s/Tanya E. Moore
                                                   Tanya E. Moore
28 ///                                             Attorney for Plaintiff Natividad Gutierrez


*Gutierrez v. Prime Properties, et al.*
Stipulation for Dismissal

Page 1

1  Date: December 13, 2011                                    FISHER & PHILIPPS LLP

                                                    /s/ James Fessenden
                                                    James Fessenden
                                                    Attorney for Defendants
                                                    Sikander S. Dhaliwal dba Bizzy Bee Gas
                                                    and Food Mart

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **December 13, 2011**                    **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE